IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 12–cv–02332–MSK–KMT

MODESTAR LIYOKHO,

    Plaintiff,

v.

COLORADO TECHNICAL UNIVERSITY (PUEBLO CAMPUS),

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

In light of Defendant's Response (Doc. No. 43), which states that Defendant does not object to Plaintiff's proposed amendments, Plaintiff's "Motion to Amend Complaint and Supplemental Pleadings" (Doc. No. 40, filed Feb. 6, 2013) is GRANTED pursuant to Fed. R. Civ. P. 15(a)(2). The Clerk of Court is directed to file Plaintiff's First Amended Complaint (Doc. No. 40-1). Defendant may respond to Plaintiff's Amended Complaint no later than March 8, 2012.

It is further ORDERED that Defendant's Motion to Dismiss (Doc. No. 16, filed Nov. 16, 2012) is DENIED without prejudice as moot as it is now directed at an inoperative pleading. *Bryant v. Allianz Life Ins. Co.,* 09-cv-02307-MSK-KMT, 2010 WL 2232293, at *2 (D. Colo. June 3, 2010).

Dated: February 15, 2012