IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
*Honorable Marcia S. Krieger*

Civil Action No.  12-CV-02332-MSK-KMT

MODESTAR LIYOKHO,

     Plaintiff,

v.

COLORADO TECHNICAL UNIVERSITY,

     Defendant.

---

### DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S RELIGIOUS DISCRIMINATION CLAIM PURSUANT TO FED. R. CIV. P. 12(b)(6)

---

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendant Colorado Technical University, Inc. ("CTU") moves to dismiss Plaintiff's, Modestar Liyokho, religious discrimination claim because it fails to state a claim upon which relief can be granted.  In support of its motion, CTU states as follows:

## <u>FACTS</u>

On February 15, 2013, Plaintiff filed an amended complaint under Title VI of the Civil Rights Act of 1964, 42 U.S.C § 2000d, *et. seq.* (Dkt. Entry #45).  In her amended complaint, Plaintiff alleges that CTU discriminated against her because of her race, national origin, and religion (Amended Complaint ¶ 9).

## STANDARD OF REVIEW

A complaint must state a claim that is plausible on its face. *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009). The Tenth Circuit has held that a trial court may dismiss a complaint without allowing a plaintiff the opportunity to amend it "when it is patently obvious that plaintiff could not prevail on the facts alleged…." *Curley v. Perry*, 246 F.3d 1278, 1281-82 (10th Cir. 2001).

## ARGUMENT

Title VI of the Civil Rights Act of 1964 prohibits discrimination "on the ground of race, color, or national origin." 42 U.S.C. § 2000d. It does not prohibit discrimination based on religion.

In her amended complaint, Plaintiff identifies Title VI as the sole authority upon which her claims are based. She includes an allegation that CTU discriminated against her because of her religion. Because an individual has no cause of action for religious discrimination under Title VI, Plaintiff's claim must be dismissed with prejudice as a matter of law. *Rosario de Leon v. Nat'l Coll. of Bus. & Tech.*, 663 F. Supp. 2d 25, 35 (D.P.R. 2009).

WHEREFORE, CTU respectfully requests that this Court grant its motion to dismiss Plaintiff's religious discrimination claim, with prejudice.

Respectfully submitted,

COLORADO TECHNICAL UNIVERSITY, INC.

*s/*Neil S. Goldsmith
One of its attorneys

Lisa A. McGarrity
lam@franczek.com
Neil S. Goldsmith
nsg@franczek.com

2

925853.1

Franczek Radelet P.C.
300 South Wacker Drive, Suite 3400
Chicago, Illinois  60606
(312) 986-0300

Danielle S. Urban
Fisher & Phillips LLP
1999 Broadway, Suite 3300
Denver, CO  80202
(303) 218-3650
durban@laborlawyers.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2013, I electronically filed the foregoing **DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S RELIGIOUS DISCRIMINATION CLAIM PURSUANT TO FED. R. CIV. P. 12(b)(6)** with the Clerk of the Court, for the United States District Court, for the District of Colorado, using the CM/ECF system. I further certify that I caused a copy of **DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S RELIGIOUS DISCRIMINATION CLAIM PURSUANT TO FED. R. CIV. P. 12(b)(6)** to be served upon the party listed below by depositing a true and correct copy of same, postage prepared, in the U.S. Mail chute at 300 South Wacker Drive, Chicago, Illinois, on this 8th day of March, 2013:

Modestar Liyokho
P.O. Box 2095
Pueblo, CO 81004

s/Neil S. Goldsmith
Neil S. Goldsmith

4

925853.1