IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 12–cv–02332–MSK–KMT

MODESTAR LIYOKHO,

    Plaintiff,

v.

COLORADO TECHNICAL UNIVERSITY (PUEBLO CAMPUS),

    Defendant.

---

## MINUTE ORDER

---

### ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA

"Defendant's Motion to Strike Plaintiff's 'Response to Defendants [sic] Answers to the First Ammended [sic] Complaint'" (Doc. No. 49, filed Apr. 16, 2013) is GRANTED. Pursuant to Fed. R. Civ. P. 7(a), the only permissible pleadings in a civil action are "(1) a complaint; (2) an answer to a complaint; (3) an answer to a counterclaim designated as a counterclaim; (4) an answer to a crossclaim; (5) a third-party complaint; (6) an answer to a third-party complaint; and (7) if the court orders one, a reply to an answer." Defendants have not asserted any counterclaims in their Answer. (*See* Doc. No. 46, filed Mar. 8, 2013.) As such, absent a court order, a reply to Defendant's Answer is not a permissible pleading. Accordingly, "Plaintiff [sic] Response to Defendants [sic] Answers to the First Ammended [sic] Complaint by the Plaintiff" (Doc. No. 48) is STRICKEN.

Dated: April 17, 2013