IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 12–cv–02332–MSK–KMT

MODESTAR LIYOKHO,

    Plaintiff,

v.

COLORADO TECHNICAL UNIVERSITY (PUEBLO CAMPUS),

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

"Defendant's Motion for Leave to Attend by Phone" (Doc. No. 74) is GRANTED.  Attorneys McGarrity and Goldsmith may attend the motions hearing by telephone by placing a conference call to 303-335-2780 at the scheduled time.

The court notes that Defendant failed to confer with Plaintiff before filing the present motion.  *See* D.C.COLO.LCivR 7.1A.  Future motions filed without conferring will be denied.

Dated: August 30, 2013