**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Magistrate Judge Kathleen M. Tafoya**

| Civil Action No: | 12-cv-02332-MSK-KMT | Date: | September 4, 2013 |
|---|---|---|---|
| Courtroom Deputy: | Sabrina Grimm | FTR: | Courtroom C-201 |

| | |
|---|---|
| MODESTAR LIYOKHO, | Pro se |
| Plaintiff, | |
| v. | |
| COLORADO TECHNICAL UNIVERSITY (PUEBLO CAMPUS), | Neil Goldsmith<br>Lisa McGarrity |
| Defendant. | |

## COURTROOM MINUTES

**Telephonic Motion Hearing**

**1:27 p.m. Court in session.**

Court calls case. Appearances of counsel.

Court states its understanding of the issue.

Discussion regarding plaintiff's current address, deposition date, appointment of counsel, interrogatories, privilege, request for production, protective order, parties, and non-parties.

Court states plaintiff's deposition will take place in Denver.
Court advises Ms. Liyokho to file a notice of change of address and telephone number.

Mr. Goldsmith states the parties are still in the process of working out the proposed protective order.

**ORDERED**: **Defendant's Motion to Compel Plaintiff's Deposition and Discovery Responses [65] is GRANTED, as follows:**

- **Defendant is directed to send a Notice of Deposition notifying plaintiff that her deposition is set to commence on September 20, 2013 at 9:00 a.m. in Denver, Colorado at the law office of Fisher Phillips.**
- **Without waiving any objections, plaintiff is directed to respond fully to interrogatories 9, 11, and 12 on or before September 17, 2013. If the responses are mailed to opposing counsel, they shall be mailed on or before September 13, 2013.**
- **Defendant is directed to respond to plaintiff regarding her most recent communication requesting additional discovery documents on or before September 13, 2013.**
- **As to defendant's request for production, plaintiff is directed to produce and identify supplemental discovery documents to defendant on or before September 16, 2013, as stated on record.**

**ORDERED: Plaintiff is specifically advised by the court that failure by the Defendant to completely provide documents or information which is not currently at issue before the court will NOT be an excuse for Plaintiff to fail to appear for her deposition as agreed to and set forth herein.**

**ORDERED: Plaintiff is directed to sign the proposed protective order on or before September 9, 2013.**

Court states that discovery documents should not be filed with the Court. If privileged discovery documents need to be attached to a pleading, the pleading should be filed as a restricted document accompanied by a motion to restrict. See Local Rules.

Court states its practice regarding discovery disputes and advises Ms. Liyokho that she must appear for her deposition. If any discovery issues arise, a motion may be filed or they can be brought up informally by calling chambers.

Discussion regarding pending motions and proposed amended complaint regarding case claims.

**2:40 a.m. Court in recess.**

Hearing concluded.
Total in-court time 01:13

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.